## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| Leon  Davis | ) | |
| | ) | **CASE NO.: 18-05677-DD** |
| | ) | |
| | ) | **CHAPTER: 13** |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

### CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE PROPERLY SERVED THE FOREGOING CHAPTER 13 PLAN, MOTION TO VALUE  TO THE BELOW CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID.

U.S. Trustee
1835 Assembly Street, Suite 953
Columbia, South Carolina 29201

James M. Wyman, Chapter 13 Trustee
VIA ELECTRONIC NOTICE

SEE ATTACHED FOR ADDITIONAL PARTIES

Date: November 13, 2018

/s/ Paul Dawson
Paul Dawson
Legal Assistant
Moss & Associates Attorneys PA
2170 Ashley Phosphate Road, Ste. 405
North Charleston, SC  29406
(843) 744-3002

abel Matrix for local noticing
420-2
ase 18-05677-dd
istrict of South Carolina
harleston
ue Nov 13 13:19:19 EST 2018

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

TTORNEY GENERAL OF UNITED STATES
50 PENNSYLVANIA AVENUE, NW
ashington DC 20530-0009

AUTO MONEY INC. OF KINSTREE
301 W. MAIN ST
Kingstree SC 29556-3234

BLAZE MASTERCARD/FIRST SAVINGS BANK
POB 2534
Omaha NE 68103-2534

APITAL ONE
OB 71087
harlotte NC 28272-1087

EXCHANGE COLLECTION DEPT
POB 660056
Dallas TX 75266-0056

FARMER HOME FURNITURE
548 BELLS HWY
Walterboro SC 29488-5736

ARMER TELEPHONE/ONLINE INFORMATION SERV
OB 1489
interville NC 28590-1489

FIRST NATIONAL CREDIT CARD
POB 2496
Omaha NE 68103-2496

Farmers Home Furniture-Lake City, SC
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040-1140

RS
O BOX 7346
hiladelphia PA 19101-7346

LOWES CREDIT
POB 530914
Atlanta GA 30353-0914

MIDLAND FUNDING LLC/CLARKSON & HALE LLC
POB 287
Andrews SC 29510-0287

OSS & ASSOCIATES
170 ASHLEY PHOSPHATE ROAD
IRST CITIZENS BUILDING, SUITE 405
harleston SC 29406-4178

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SANTANDER
PO BOX 105255
Atlanta GA 30348-5255

C DEPT OF REVENUE
O BOX 12265
olumbia SC 29211-2265

US ATTORNEY GENERAL
ATTN DOUG BARNETT
1441 MAIN ST
SUITE 500
Columbia SC 29201-2862

WILLIAMSBURG COUNTY TREASURER
125 WEST MAIN STREET
Kingstree SC 29556-3343

ames M. Wyman
O Box 997
ount Pleasant, SC 29465-0997

John C Waites
Moss & Associates Attorneys P.A.
2170 Ashley Phosphate Rd.
Ste 405
North Charleston, SC 29406-4178

Leon Davis
96 Tad Rd.
Andrews, SC 29510-5655

S Trustee's Office
trom Thurmond Federal Building
835 Assembly Street
uite 953
olumbia, SC 29201-2448

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

d)PRA Receivables Management, LLC
) Box 41021
orfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25