**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 18-05677 |
| Leon Davis | ) CHAPTER: 13 |
| | ) |
| | ) |
| | ) STATEMENT OF CHANGE |
| | ) |
| **DEBTOR.** | ) |

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Debtor's Schedule D as follows:

1)   Amended Schedule D:   To add to section 2.1 additional notice parties Auto Money Title Loans of Georgetown and Linda Derbyshire.

DATE   10/8/2019

/s/ J. Christian Waites
Signature of Attorney

J. Christian Waites, Esq.
Moss & Associates Attorneys, P.A.
2170 Ashley Phosphate Road, Suite 405
North Charleston, South Carolina 29406
(843) 744-3002

12607
District Court I.D. Number

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Leon Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | 18-05677 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Leon Davis                                          X _____
   Leon Davis                                                 Signature of Debtor 2
   Signature of Debtor 1

Date  October 8, 2019                                     Date _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Leon** | | **Davis** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number **18-05677**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|
| **2.1** | **AUTO MONEY INC. OF KINSTREE**<br>Creditor's Name<br><br>Describe the property that secures the claim:<br>**2007 GMC YUKON DENALI: TO BE PAID IN PLAN** | $1,177.00 | $8,625.00 | $0.00 |
| | **301 W. MAIN ST**<br>**Kingstree, SC 29556**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Auto Loan** | | |
| | Date debt was incurred | Last 4 digits of account number   **5158** | | |

| Debtor 1 | Leon Davis | | | Case number (if known) | 18-05677 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **FARMER HOME FURNITURE** | Describe the property that secures the claim: | $684.30 | $1,500.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | HOUSEHOLD GOODS (FURNITURE) | | | |

548 BELLS HWY
Walterboro, SC 29488

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Secured Lien

Date debt was incurred _____    Last 4 digits of account number   5158

| 2.3 | **SANTANDER** | Describe the property that secures the claim: | $34,300.59 | $16,875.00 | $17,425.59 |
|---|---|---|---|---|---|
| | Creditor's Name | 2014 GMC SIERRA: TO BE VALUED IN PLAN | | | |

PO BOX 105255
Atlanta, GA 30348

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Auto Loan

Date debt was incurred _____    Last 4 digits of account number   6864

Add the dollar value of your entries in Column A on this page. Write that number here:   $36,161.89
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $36,161.89

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**AUTO MONEY TITLE LOANS**
**540 S FRASER STREET**
**Georgetown, SC 29440**

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number   5158

☐ Name, Number, Street, City, State & Zip Code
**LINDA DERBYSHIRE**
**450 MEETING STREET**
**Charleston, SC 29403**

On which line in Part 1 did you enter the creditor?   2.1
Last 4 digits of account number   5158