## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| IN RE:  | ) |  |
| Leon Davis | ) | **CASE NO.: 18-05677-dd** |
|  | ) |  |
|  | ) | **CHAPTER: 13** |
|  | ) |  |
|  | ) |  |
| **DEBTOR** | ) |  |

### CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE PROPERLY SERVED THE FOREGOING CHAPTER 13 PLAN, OFFICIAL FORM 309I: NOTICE OF CHAPTER 13 BANKRUPTCY CASE, AND AMENDED SCHEDULE D TO THE BELOW CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID.

AUTO MONEY TITLE LOANS
540 S FRASER STREET
GEORGETOWN SC 29440

LINDA DERBYSHIRE
450 MEETING STREET
CHARLESTON SC 29403

Date: October 8, 2019

/s/ Paul Dawson
Paul Dawson
Legal Assistant
Moss & Associates Attorneys PA
2170 Ashley Phosphate Road, Ste. 405
North Charleston, SC  29406
(843) 744-3002